# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

—————
## NO. 03-16-00630-CV
—————

### In re Texas Department of State Health Services

—————
### ORIGINAL PROCEEDING FROM TRAVIS COUNTY
—————

### M E M O R A N D U M   O P I N I O N

Relator Texas Department of State Health Services filed a petition for writ of mandamus and a motion for emergency temporary relief from the district court's order denying relator's motion to rule on its plea to the jurisdiction. We granted a temporary stay pending further order of this Court. On the record before us, we cannot conclude that relator is entitled to mandamus relief. Consequently, we dissolve the temporary stay and deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Filed:   October 5, 2016